E-FILED
Thursday, 02 February, 2006  09:12:54 AM
Clerk, U.S. District Court, ILCD

⵿AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

FILED
FEB - 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES OF AMERICA
V.
SHANCE O. DALTON

CRIMINAL COMPLAINT

Case Number: 06- 7203

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __Jan. 31, 2006__ in _____Champaign_____ County, in the _____Central_____ District of _____Illinois_____ defendant(s) did,
(Date)

(Track Statutory Language of Offense)
distribute cocaine base ("crack")

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am a(n) __DEA Task Force Agent__ and that this complaint is based on the
                                         Official Title
following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint:  ☒ Yes   ☐ No

                                          s/Jack B. Turner
                                          Signature of Complainant

                                          Jack B. Turner
                                          Printed Name of Complainant

Sworn to before me and signed in my presence,

2/1/2006                                                at   Urbana                Illinois
Date                                                         City

David G. Bernthal            U.S. Magistrate Judge              s/David G. Bernthal
Name of Judge                Title of Judge                     Signature of Judge

## AFFIDAVIT

I, Jack B. Turner, being first duly sworn, hereby state:

1. I am an Officer with the Champaign Police Department (CPD) and am currently assigned to the Drug Enforcement Administration Task Force, attached to the DEA Springfield, Illinois Field Office; a multi-jurisdictional drug task force. I have been with CPD for approximately 11 years and with the DEA Task Force since October of 2004.

2. This affidavit is made in support of a criminal complaint charging SHANCE O. DALTON (hereinafter "DALTON") with delivery of approximately five point eight (5.8) grams of a mixture and substance containing cocaine base ("crack"), a Schedule II Controlled Substance, and also made in support of the issuance of a search warrant for the property located at 203 Brookwood, Champaign, Illinois, more particularly described in Attachment A, and authorization to seize those items described in Attachment B.

3. On January 31, 2006, members of the Champaign Narcotics Unit continued a narcotics investigation involving DALTON. On this date, members of the Champaign Narcotics Unit Officers met with a confidential source (C/S) in an attempt to complete a controlled purchase of crack cocaine. The C/S has assisted the Champaign Police Narcotics Unit with two previous controlled purchases of cocaine and has provided information regarding persons involved in the distribution of illegal substances. Based on the information provided and

the controlled purchases, I believe the C/S to be accurate and reliable. While under the direction and supervision of Officer Matt Henson and DEA Task Force Agent Officer Jack Turner, the C/S placed a phone call to DALTON and arranged for DALTON to deliver the crack cocaine to the C/S at an agreed upon location in the northern section of Champaign (Illinois).

4. DEA Task Force Agent Jack Turner and Officer Matt Henson met with the C/S at a pre-arranged location and searched the C/S and the C/S's vehicle, locating no weapons, contraband, controlled substances or United States Currency. Officer Matt Henson then provided the C/S with Two Hundred Dollars ($ 200.00) of pre-recorded United States Currency / Official Advance Funds that would be used to pay for the crack cocaine.

5. The C/S then departed from DEA Task Force Agent Jack Turner and Officer Matt Henson and waited for DALTON'S arrival at a specified location while under the constant surveillance of Champaign Narcotics Unit Officers. Officers of the Champaign Narcotics Unit observed DALTON walk from the area of Garden Lane and Edgebrook Drive, Champaign, Illinois, and meet with the C/S in the 1400 block of N. Neil, Champaign, Champaign County, Illinois. Sgt. Tom Walker and Officer Jaceson Yandell both immediately recognized DALTON as the person waiting at the pre-arranged location, and as the person who entered the C/S's vehicle.

6. Champaign Police Department Narcotics Officers observed DALTON take a seat on the front passenger side of the C/S's vehicle. Champaign Narcotics Unit Officers observed the C/S leave the pre-arranged location, and transport DALTON to the area of Brookwood Drive and Garden Lane, Champaign, Illinois. While under surveillance, the C/S transported DALTON to the area of 203 Brookwood Drive, Champaign and thereafter was temporarily out of officers' view. Within less than 5 minutes later, officers observed the C/S drive away from the area of 203 Brookwood Drive and return to the 1400 block of N. Neil.

7. After the meeting between the C/S and DALTON had concluded, the C/S returned and met with Officer Matt Henson and DEA Task Force Agent Jack Turner. The C/S immediately provided agents with a plastic bag that appeared to contain crack cocaine. The C/S and the C/S's vehicle were again searched and found to have no weapons, contraband, controlled substances or United States Currency. A debriefing of the C/S then occurred by Officer Matt Henson and DEA Task Force Officer Jack Turner. During this debriefing the C/S indicated that DALTON took a seat on the passenger side of the C/S's vehicle. DALTON asked the C/S for a ride to a location in Urbana, Illinois, but the C/S refused. The C/S then transported DALTON to the residence located at 203 Brookwood Drive, Champaign, Illinois. DALTON exited the C/S's vehicle, and directed the C/S to enter the residence with him. Once inside the residence, DALTON went

to another room, and returned with a bag of suspected crack cocaine. The C/S then provided DALTON with Two Hundred Dollars ($200.00) in United States Currency/Official Advanced Funds. DALTON then provided the C/S with two clear plastic bags containing cocaine base ("crack"). The C/S then exited the residence and left in the C/S's vehicle, while DALTON remained at the residence. The transaction was recorded with a covert body-worn video recorder.

8. Officer Matt Henson later returned to the Champaign Narcotics Unit office where the plastic bag of suspected crack cocaine was found to weigh five point eight (5.8) grams. A small portion of the substance inside of the plastic bag was removed and field-tested and produced a positive color reaction indicating the presence of cocaine. The clear plastic bag containing the cocaine base ("crack") was later placed in evidence so it could be submitted to the Illinois State Police Laboratory for further analysis.

9. Officer Matt Henson and DEA Task Force Agent Jack Turner later returned to the Champaign Narcotics Unit and viewed the video recording that documented the meeting between the C/S and DALTON. Officer Matt Henson and DEA Task Force Agent Jack Turner immediately recognized the subject in the video as SHANCE O. DALTON, a person that I recognized from previous police contacts as well as a Champaign County Sheriff's Office booking photograph. DALTON was observed on the video carrying an item believed to

be crack cocaine. The video also depicts a door that is similar in appearance to a door leading into 203 Brookwood Drive, Champaign. The video does not depict the C/S meet with anyone other than Dalton.

Further, Affiant sayeth not.

                                      X  s/Jack B. Turner
                                         JACK B. TURNER

Subscribed and sworn to before me this
1st day of February 2006.

s/David G. Bernthal
DAVID G. BERNTHAL
United States Magistrate Judge