

E-FILED
Thursday, 02 March 2006 02:01:14 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-20019 |
| ) | Violation: Title 21, United States |
| v. ) | Code, Sections 841(a)(1), |
| ) | 841(b)(1)(B), and 841(b)(1)(C) |
| SHANCE O. DALTON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about January 19, 2006, at Champaign, in the Central District of Illinois, the defendant,

**SHANCE O. DALTON,**

knowingly distributed a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count Two

On or about January 31, 2006, at Champaign, in the Central District of Illinois, the defendant,

**SHANCE O. DALTON,**

knowingly distributed five or more grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL,

s/Foreperson
_____
FOREPERSON

s/Joseph Hartzler
_____
RODGER A. HEATON
UNITED STATES ATTORNEY

RNC