E-FILED
Tuesday, 14 March, 2006  04:06:38 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>) |
| | ) CASE NO. **06-20019-001**<br>) |
| **SHANCE O. DALTON**<br>Defendant | )<br>) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:30 P.M.** on **APRIL 25, 2006** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **MAY 8, 2006** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 14th day of March, 2006.

 s/David G. Bernthal
 DAVID G. BERNTHAL
 U.S. MAGISTRATE JUDGE