E-FILED
Wednesday, 05 April, 2006  09:50:17 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| -vs- | )  NO. 06-CR-20019 |
| | ) |
| SHANCE O. DALTON, | ) |
| | ) |
| Defendant(s). | ) |

## ENTRY OF APPEARANCE

   NOW COMES DONALD R. PARKINSON, and hereby enters his appearance as counsel of record on behalf of the Defendant, SHANCE O. DALTON.

_____
DONALD R. PARKINSON

DONALD R. PARKINSON, 2145553
**MALONEY, PARKINSON & BERNS**, ATTORNEYS AT LAW
135 W MAIN, URBANA, IL, 61801
217-384-7111

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I did, on the 5 day of April, 20 06, send by United States mail, postage fully prepaid, a true and correct copy of this ENTRY OF APPEARANCE to:

   RICHARD COX
   ASST U S ATTORNEY
   201 S VINE  STE 226
   URBANA IL   61801

   JOHN TAYLOR
   ASST U S PUBLIC DEFENDER
   300 W MAIN ST
   URBANA IL   61801

_____