**E-FILED**
Wednesday, 05 April, 2006  09:55:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | )  NO.  06-CR-20019 |
| SHANCE O. DALTON, | ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

DONALD R. PARKINSON, an attorney, has been appointed to represent SHANCE O. DALTON and he tenders the following Certificate of Interest pursuant to federal rules:

1. The full name of the party I represent is: SHANCE O. DALTON; I represent no amicus in this proceeding;

2. I am not part of a corporation, but am a member of a partnership; and,

3. The partnership is MALONEY, PARKINSON & BERNS, 135 West Main Street, Urbana, Illinois, 61801, phone 217-384-7111, and the partners who may appear in my stead in this matter are: JOHN E. MALONEY and MICHAEL A. BERNS.

_____
DONALD R. PARKINSON

DONALD R. PARKINSON, 2145553
**MALONEY, PARKINSON & BERNS**, ATTORNEYS AT LAW
135 W MAIN, URBANA, IL, 61801
217-384-7111

## CERTIFICATE OF SERVICE

      NOW COMES DONALD R. PARKINSON And states that he did on the 5 day of April, 20 06, deliver by U. S. Mail, a true copy of this document by mailing the same to the following:

RICHARD COX
ASST U S ATTORNEY
201 S VINE STE 226
URBANA IL  61801

JOHN TAYLOR
ASST U S PUBLIC DEFENDER
300 W MAIN ST
URBANA IL  61801

*Donald R Parkinson* (signature)