UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-20019 |
| SHANCE O. DALTON, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

Now comes Richard H. Parsons and John Taylor and the Office of the Federal Public Defender for the Central District of Illinois, and moves this Court for the entry of an Order granting them leave to withdraw as the counsel of record for the Defendant in the above-entitled cause on the grounds that private counsel, Donald R. Parkinson, has entered an appearance on Mr. Dalton's behalf.

Respectfully submitted,

RICHARD H. PARSONS
Federal Public Defender

By:    s/John Taylor
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Richard N. Cox.

                                                s/John Taylor
                                    JOHN TAYLOR
                                    Assistant Federal Public Defender
                                    300 West Main Street
                                    Urbana, Illinois 61801
                                    Telephone: (217) 373-0666
                                    Facsimile: (217) 373-0667
                                    Email: John_Taylor@fd.org