UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR06-20019 |
| SHANCE O. DALTON, ) | |
| Defendant. ) | |

### INFORMATION AND NOTICE
### REGARDING PRIOR CONVICTIONS

The United States of America, by Richard N. Cox, Assistant United States Attorney, hereby gives notice of its intention to seek an enhancement of sentence in this cause pursuant to Title 21, United States Code, Section 851. The United States submits that the defendant shall be sentenced to increased punishment by reason of the following prior convictions:

| Crime | Date | Cause No. | Court |
|---|---|---|---|
| Possession of Controlled Substance | 9-30-96 | 96 CF 715 | Circuit Court Champaign County, IL |

| Delivery of Controlled Substance | 7-27-00 | 99 CF 31 | Circuit Court Champaign County, IL |

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ RICHARD N. COX
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov


CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Donald R. Parkinson
    Attorney at Law
    135 West Main Street
    Urbana, IL 61801

s/ RICHARD N. COX
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov