06-20019

E-FILED
Tuesday, 23 January, 2007 02:52:56 PM
Clerk, U.S. District Court, ILCD

**RECEIVED**

**PARSONS**

JAN 2 3 2007

1/19/07

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Michael P. McCuskey
Chief United States District Judge
318 US Courthouse
201 S. Vine Street
Urbana, IL 61802

Dear Judge McCuskey,

My name is Vincent Andujo, Jr. and I am writing this letter on behalf of Shance Dalton. I have known Shance for over 20 years. I grew up in the Champaign–Urbana area through the '70's, '80's, and early '90's and attended the Public School System there. After high school, I worked a number of jobs in the area before going on to obtain a building trade certification from Hinds Community College in Utica, MS, and also earned a Bachelor of Science degree from Jackson State University in Jackson, MS. I am currently a Project Engineer, working dutifully in Construction Management for Parsons-3D/I. Although my journey may appear successful, I experienced some hardships through the years.

My former years consisted of strong mentoring from the men in the community, church, schools, as well as the Don Moyer Boy's and Girl's Club . I grew up in a single family home with my mother and 3 other siblings. But even with all of the mentoring I received, I was not exempt from having my share of problems.  There was one time in particular when I broke the law as a 13 year old boy. This was a turning point in my life. I was facing an aggravated battery, and an assault charge. I can remember being in a cell at the youth detention center and not really knowing where to turn. At that moment, I got on my knees and asked the Lord to forgive me of my sins and to guide me in the path of life. I also asked God for deliverance. My court day came and God delivered me by sending the men of the community to stand on my behalf. The judge gave me leniency by allowing me to make amends with the person I had wronged by being able to apologize to him, and by also giving me a stiff fine, community service work, and 2 years of probation. Those men who stood on my behalf kept their word, not only to the judge, but to me. They made sure that I got to my probation appointments on time, completed my public service work and complete all requirements that came with my sentence. I am truly grateful for that time in my life. As you can see, I am a man who knows a thing or two about receiving help and also having another chance to correct his mistakes.

There are a few ways that I continue to show gratitude for the times when I have been shown mercy. One of those ways is through helping others. I started working (and mentoring young men) at the Don Moyer Boy's and Girl's Club in 1989. I worked there as a regular staff member and basketball coach. This served as the perfect outlet for me to help the young men who were mainly in High School and Middle school. During this time period, Shance Dalton became a regular attendee of the club.

Shance was a simple, well mannered kid who was being raised by his now deceased Grandmother. I vividly remember him always riding his skateboard wherever he went. At the end of each school day, he would leave the Boy's and Girl's Club to travel home. He would often take the long way home because his Grandmother told him not to travel where there would be trouble. It was in the Fall of 1991 when I left Champaign to go to college. Shortly after, the Boy's and Girl's Club closed for a few years for renovative construction. I can remember how sad my mother was that particular day. She pleaded with me to come back and start a program that would help the young boy's in the community because without the club or any other positive avenue, trouble would be sure to follow. I stayed the course and finished college, but there was a heavy price to pay. I didn't see the effects of what was to come, but I do see it now in Shance Dalton, and others. I truly feel that this was also a turning point for Shance. I also feel that after the Boy's and Girl's Club closed, Shance started to be influenced by the same element that his Grandmother tried so hard to keep him away from. His mentoring no longer came from the Boy's and Girl's Club, it came from the thugs in the streets. I truly feel like he really didn't have a chance at life. Here's a young person without a mother or father in the household, being raised in the projects by his elderly grandmother. Given these circumstances, the chance for success did not look good. I think back to the turbulent times of my own teenage life and I could not imagine growing up without my mother, mentors, and the help I received at the Boy's and Girl's Club.

Shance and I have a unique relationship. Shance not only attended the club, but also grew alongside my biological nephews. He refers to me as "Unc" (short for Uncle) and I call him nephew, the same as I communicate with my own 'blood' nephews. There has been, what I call a certain kinship throughout the years between the two of us. Whenever the opportunity presented itself, we would always make time to visit with one another. This would usually be when other family members would venture to the South to visit me. Through the years he would confide in me about a number of personal things. Specifically, one thing he would confide in me about would be the topic of religion. He was curious about who God is. He also expressed that he did not know anything about God because he was never taught about religion, as a whole. No one in his family ever took him to church, so he did not know anything about God or the elements attached to knowing Him. I slowly began explaining to him what I knew about Christ and the Lord, and from that point on, I became much like a "spiritual counselor" to him. Since that time, I have become a local preacher at my church in Riverside, California, and am a part of the ministerial staff where my brother Julio A. Andujo is the Senior Pastor. I also continue to take time to mentor the youth in my church and in the community.

I would like to take this time to express a plea of mercy on Shance Dalton's life. I realize that there has been a crime committed here. I am not asking you to forget about what has happened. I am asking for some leniency in this situation. I have communicated with Shance via mail on a number of occasions since his incarceration and he has continually expressed to me that he so desperately wants to make a change in his life. One thing that Shance Dalton does not owe me is a lie. I speak the truth to him and he does the same with me. He has confided in me with far too much personal and confidential information over the years to begin to lie to me now. So when he expresses to me that he is tired of his former life and that he wants a second chance at life, to make a change for the better, then I confidently believe him.

I am ready and willing to support him in his life after incarceration. There is still room in this young man's life for mentoring and guidance in the right direction. Given that opportunity, I will be more than honored to help turn this young man's life around, and aid him in a chance for redemption. Being a minister of the Gospel, part of my teaching and learning is to love my neighbor as Christ has loved me, and to forgive others, as Christ forgave me. And I hold true to

this through my writings to you today. I exceedingly understand the importance of the decision you must make, and this is why I had to hear some key signs of repentance from Shance before I could even write to you, ensuring that his once dubious past is far behind him. He expressed to me his desire to get closer to Christ and to live a righteous life, free of crime and mischief. I was at a stand-still until he willfully expressed that one important desire to me. He also asked if I would pray for him because he talked to God, but he just did not feel like God heard him and that he knows that God hears me. I have since then placed his name on our prayer list at my Church, and it has been so for the past three months. We, at Amos Temple C.M.E. Church, believe in the power of intercessory prayer. Collectively, we have been praying for Shance Dalton and other lost souls in our prayer meetings, Power Pool, Bible Study, and during the Sunday morning worship service. God was able to take the locked up, scared, crying, young boy I once was and deliver me from a life of most certain destruction and doom. He is able to take a man like me (a sinner, at best) 'out of the sinking sand and place my feet on solid ground'. Your Honor, all I had to do was rust in my heart and communicate with God in my darkest hour, and He delivered me. Shance has done just that and is crying out for the opportunity to right his wrongs by giving back to the society in which his crime once took from; An opportunity to live and breathe with belief that it is possible to live a life pleasing to God and man.

Your Honor, sometimes it takes a period of tribulation and lowliness in order for us to truly see God and His greater plan. I earnestly believe that this is the case with Shance. He aims to lead a new life and to one day work in the field of construction, as well as be a business proprietor, owning a soul food restaurant. He patterns his talent and knack for construction after his "Unc". For a number of years I shared with Shance the importance of furthering his education or learning a trade and Shance has since then gone on to become certified as a carpenter!

Life took an ugly turn for this young man when he was just a youth, and he had made some very poor choices. But I am certain that now is the time for another turn in his life, this time, a turn for the better. I plead with you to extend mercy upon this young man's life. Shance Dalton is begging you as well. I know he would be forever indebted and committed to making this transgression against society and mankind right and to have the opportunity to be able to close this horrible and ghastly chapter in his life and move on to learning how to be a better man.

Your Honor, if you feel a need to speak to me direct, my contact information is at the bottom of this letter. Thank you for taking the time to read this letter and may God be with you.

*Vincent Andujo* ; Project Engineer · PARSONS - **3D/I**

Chaffey Community College Job Site
5885 Haven Avenue • Rancho Cucamonga, CA 91737
• T: 909/477-8912• F: 909/477-8913• C: 951/334-9163
andujo@3di.com