FILED
JAN 24 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

06-20019    E-FILED
Thursday, 25 January, 2007  09:47:12 AM
Clerk, U.S. District Court, ILCD

Dear Judge McCuskey,                                          January 19, 2007

I am writing on behalf of Shance Dalton who is my boyfriend and very dear to me. Not only is he dear to me, but he has family members and community leaders who he is dear to as well. I would like to take this time to tell you exactly what kind of person Shance is.

I have known Shance for three years and have had a strong bond with him. We met prior to the relationship that we have now, so I feel that I know him very well. We first met during highschool. Although I did not know him as well then as I do now, I can say that, he was very likable and charismatic. Even though these great qualitites don't demonstrate everything about him, they are two characteristics that have great potential to lead him to an admirable future.

Shance is one of the smartest people I have known and he knows a lot about a variety of things. One of the things he has not been smart about is his decision on how to support his family. His love for his family is so strong and deep, that he would bend over backwards to help them in any way. I have witnessed this many times.

As the man of the house and the only man around to support his grandmother, sons, sister, niece, nephew, cousins, and myself, it is very demanding and difficult to be two places at one time. This difficult struggle especially emerged after the passing of Ms. Dalton. His grannie was his mother for a large part of his life. I wish everyone could have seen and been a part of their relationship. She is one of the reasons I know that Shance was not the "trouble maker," as some may believe. I believe that the trouble Shance was in had *found* him. He definitely is not the type to *find* it.

In closing, this monstrous sentence for a cheap crime is senseless. To lose everything for something so small is cruel and unmerciful. Please give this young father, son, friend, and man, a chance to live his life the way everyone here that supports him knows he deserves. Please your Honor, he has not been given a fair chance before. With this chance he has my support, his mother, his family, and his mentors, to guide and ensure him the whole way this time. Thank you for your time and consideration.

Sincerely,

*Shauna Clayborn*

Shauna Clayborn