UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CR06-20019 ) |
| SHANCE O. DALTON, | ) ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

The United States by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Richard N. Cox, respectfully moves the Court to continue the sentencing scheduled in this case. In support, the United States submits the following:

1. On October 26, 2006, the defendant pleaded guilty to Count Two of the two-count Indictment in which he was charged with distribution of crack cocaine. Sentencing is currently scheduled for February 1, 2007, at 11:00 a.m. and this is the first setting for the sentencing following the plea.

2. In order to finalize some of the matters contained in the written plea agreement, the parties respectfully request that the sentencing be continued for 60 days for that purpose.

3. Counsel for the defendant, Donald R. Parkinson, concurs in this request for continuance.

WHEREFORE, the United States respectfully requests the Court to continue the sentencing in this case for a period of 60 days.

    Respectfully submitted,

    RODGER A. HEATON
    United States Attorney

    s/ RICHARD N. COX
    RICHARD N. COX, Bar No. IL 0532258
    Assistant United States Attorney
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    217/373-5875
    FAX: 217-373-5891
    richard.cox@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Donald R. Parkinson
>Attorney at Law
>135 West Main Street
>Urbana, IL 61801

>s/ RICHARD N. COX
>RICHARD N. COX, Bar No. IL 0532258
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>richard.cox@usdoj.gov