JAN 3 0 2007
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Dear Judge McCuskey
   Your Honor my name is Linda Dalton I'm Shance Dalton mother. I'm writing to you to ask that you have mercy on my son, please.
   Shance was raised by me and my mother She passed away Jan 9, 2006. I tried to raise him to the best of my ability. Its hard to teach a young boy who had nothing and want everything that working to get what you want was better than selling drug when I was working 2 jobs and had nothing (not even a car) but he could see drug dealer. In his 12 yr old eyes had everything. I feel that I'm living every mother' nightmare. This is the worst time of my life. I'm currently taking care of 1 of his 2 son Shance Jr. he is 6 yr old. He needs his father in his life.
   I'm afraid that I wont be alive to see my son as a free man if he's given alot of time.
   Please your Honor have mercy on my son

Thank you

Linda J Dalton

RECEIVED
FEB - 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge
Please Send my dad Home. I Love him. I miss him verey much
Love
Shawco Patton JR.

RECEIVED
FEB - 1 2007
JOHM M. WATERS
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
JAN 3 0 2007
U.S. DISTRICT JUDGE
URBANA ILLINOIS