

U.S. Department of Justice

Federal Bureau of Prisons



*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

May 16, 2007

The Honorable Michael P. McCuskey
Chief Judge of the U.S. District Court
  for the Central District of Illinois
318 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

**Re:  DALTON, Shance O.**
       Reg. No. 14364-026
       Docket No. 06-20019-01

Dear Chief Judge McCuskey:

   This is in response to the Court's recommendation that Shance Dalton serve his term of confinement in a facility in the Midwestern United States. In addition, the Court recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Dalton was sentenced in your court to a 262-month term for Distribution of Five or More Grams of Cocaine Base (Crack).

   Unfortunately, we were unable to follow the Court's recommendations. Mr. Dalton has been classified as a high security level offender. Accordingly, Mr. Dalton has been designated to the Hazelton high security level facility in Bruceton Mills, West Virginia. Although the RDAP is not available at high security level facilities, staff will work closely with Mr. Dalton and encourage him to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Dalton become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

   Although we were unable to follow the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                          Sincerely,

                                          Delbert G. Sauers
                                          Chief

jaf
cc: Warden, USP Hazelton