E-FILED
Monday, 31 March, 2008 01:13:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

VS                                  No. 06-20019

SHANCE DALTON

### RESPONSE TO MOTION BY USA TO DETERMINE PLEA AGREEMENT VIOLATION

Dalton responds as follows:

1. Dalton concedes the facts noted in paragraphs one through eight of the Government's motion.

2. Dalton denies he violated the plea and cooperation agreement. The USA received the benefit of their bargain. They received a conviction for the State of Illinois for an unsolved murder. That state conviction was of Shance Dalton for first degree murder to a 20 year term to the Illinois Department of Corrections(to be served in its entirety with no credit for good time).

Shance Dalton

s/John Taylor

John Taylor, AFPD

1.

CERTIFICATE OF SERVICE

I certify that on March 31, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to Attorney Rick Cox.


s/John Taylor

_____
John Taylor, AFPD
300 W. Main Street
Urbana, Il 61801
217-373-0666
Fax-373-0667
John_Taylor@fd.org

2.

2:06-cr-20019-MPM-DGB    # 29-2    Page 1 of 2
2:06-cr-20019-MPM-DGB    # 29    Page 1 of 2
E-FILED
Thursday, 10 April, 2008 02:27:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

VS                                  No. 06-20019

SHANCE DALTON

**RESPONSE TO MOTION BY USA TO DETERMINE PLEA AGREEMENT VIOLATION**

Dalton responds as follows:

1. Dalton concedes the facts noted in paragraphs one through eight of the Government's motion.

2. Dalton denies he violated the plea and cooperation agreement. The USA received the benefit of their bargain. They received a conviction for the State of Illinois for an unsolved murder. That state conviction was of Shance Dalton for first degree murder to a 20 year term to the Illinois Department of Corrections(to be served in its entirety with no credit for good time).

MPM
4/10/08

Shance Dalton

s/John Taylor

John Taylor, AFPD

1.

CERTIFICATE OF SERVICE

I certify that on March 31, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to Attorney Rick Cox.


s/John Taylor

_____
John Taylor, AFPD
300 W. Main Street
Urbana, Il 61801
217-373-0666
Fax-373-0667
John_Taylor@fd.org