RECEIVED **E-FILED**
Monday, 28 April, 2008 01:45:10 PM
Clerk, U.S. District Court, ILCD

Page 1 of 2

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

To: Judge McCuskey & The U.S marshal service

From: Shance O. Dalton

**FILED**

APR 28 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Judge McCuskey,

I would like to report to both yourself and the U.S Marshal service an incident that happened at the DeWitt C.C

On 4-11-08 at about 12:15pm. C/O Woodbury verbally threatened me in his own words stating "I will fuck you up you little bitch". He made this statement after he slammed the chuckhole in my cell door so hard and fast, that if I would not have moved in time I would have been struck by the chuckhole door. DeWitt C.C also has video footage to back my accusations. These actions stemmed from me asking C/O Woodbury #319 about some envelopes and other property missing of mine, after C/O Woodbury himself transfered my belongings to another cell. When I asked about my missing items, C/O Woodbury got mad, lost his temper, slammed my cell doors chuckhole and made a verbal threat towards me.

Page
2 of 2

Upon these actions by C/O Woodbury I no
longer feel safe around C/O Woodbury, and
request that I be moved to another Federal
holding facility away from C/O Woodbury
before any harm is done to me in the future.

I reported these actions of C/O
Woodbury to Sgt. Walker at the DeWitt
C.C., and all Sgt. Walker did was tell
C/O Woodbury to apologize to me. C/O
Karr and C/O Pippin both witnessed
C/O Woodbury's actions and heard his
threat as well.

Upon these actions by C/O Woodbury
I would like to file charges against C/O
Woodbury for his threat and actions
toward me, and a civil suit in Federal
Court as well.

Thank you for your                    Sincerely
time Mr. McCuskey your Honor!    Shance O Dalton