**E-FILED**
Friday, 16 May, 2008  09:21:04 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR06-20019 |
| ) | |
| SHANCE O. DALTON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE REGARDING GOVERNMENT'S SUBMISSION OF
## EXHIBITS TO THE COURT

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Richard N. Cox, hereby provides notice that pursuant to the Court's order of April 10, 2008 it has submitted the following exhibits to the Court for its use at the hearing on May 29, 2008:

Exhibit 1 – A DVD containing the defendant's interview by Champaign police officers on January 8, 2007.

Exhibit 2 – The transcript of the interview contained in Exhibit 1.

Exhibit 3 – The defendant's handwritten notes provided to the officers.

Exhibit 4 – The transcript of the defendant's guilty plea to murder charges in state court.

Exhibit 5 – The transcript of the defendant's testimony in *People v. Johnson*.

The United States further notifies the Court that it may call one witness, Champaign Police Detective Dale Rawdin, at the evidentiary hearing to provide background information.  The United States does not anticipate that this testimony will take more than 30 minutes.  Additionally, counsel for the government and the defendant are attempting to work out a stipulation regarding Rawdin's testimony that will obviate any need for live testimony.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ RICHARD N. COX_____
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Taylor
Assistant Federal Public Defender


<u>s/ RICHARD N. COX</u>
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov

3