UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

VS                                            No. 06-20019

SHANCE DALTON

**DEFENDANT DALTON EXHIBIT LIST**

None other than the change of plea and sentencing hearing transcripts previously filed in this case.

Shance Dalton

s/John Taylor

John Taylor, AFPD

1.

CERTIFICATE OF SERVICE

I certify that on May 16, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to Attorney Rick Cox.


s/John Taylor


_____
John Taylor, AFPD
300 W. Main Street
Urbana, Il 61801
217-373-0666
Fax-373-0667
John_Taylor@fd.org

2.