UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CR06-20019 ) |
| SHANCE O. DALTON, | ) ) |
| Defendant. | ) |

## STATEMENT OF BACKGROUND FACTS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Richard N. Cox, hereby submits this statement of facts concerning background information for the Court's use in determining whether the defendant violated the terms of his plea agreement. John Taylor, attorney for the defendant, has reviewed these facts with counsel for the government, and the parties agree on these background facts :

1.  Shortly before 10:00 a.m. on March 2, 1997, Champaign police officers responded to a reported shooting at the Mansard Square ("The Manors") housing complex. The officers went to apartment 11 at 408 East Beardsley Avenue and found Timothy Payton lying on the floor in one of the bedrooms. Payton had been shot twice – in the right shoulder blade and through the left buttocks – and showed no signs of life. Payton was pronounced dead at a hospital a short time later. A subsequent autopsy confirmed that Payton had suffered two 9 mm gunshot wounds and that the wound

through the shoulder blade was the fatal one. Payton was from Chicago and had been staying with friends in Champaign for several weeks at the time of his death.

2.     According to the two female occupants of the apartment, Payton was visiting one of the occupants and was in the living room when two black males broke in the door. Neither female was in the living room at the time of the shooting. They heard a struggle and several gun shots. The women hid in a closet for several minutes. When they emerged from the closet, they saw Payton lying on the bedroom floor bleeding from the mouth, nose, and thigh. One of the women called 911 and the police responded. Neither woman could identify the men who broke into the apartment.

3.     During the next several years, police officers developed a number of possible suspects in Payton's murder, including Shance Dalton and Erick Johnson. However, no one was charged in connection with the murder, and the case remained unsolved and under investigation.

4.     In October 2006, Dalton's lawyer in this case, Donald Parkinson, informed the United States that Dalton wished to enter into a cooperation plea agreement. Parkinson specifically said that Dalton had information concerning an unsolved murder in Champaign that he wished to provide in the hopes of receiving a substantial assistance motion from the United States at the time of sentencing. Thereafter, Dalton pleaded guilty in this case pursuant to a written plea agreement.

5.  While Dalton was awaiting sentencing in this case and pursuant to the terms of the plea agreement, Champaign police officers interviewed Dalton about Payton's murder. During the interview, which was taped and is contained on Government Exhibit 1, Dalton informed the officers that he and Johnson were involved in the shooting. Government Exhibit 2 is a transcript of the recorded interview. During the interview, Dalton also provided the officers with handwritten notes he had made concerning the incident. Government Exhibit 3 is a copy of those notes.

6.  Following the interview, on March 6, 2007, the Champaign County State's Attorney's Office charged Dalton with first-degree murder in connection with the shooting of Payton. On March 22, 2007, a Champaign County grand jury charged Johnson with first-degree murder in connection with Payton's death.

7.  On April 17, 2007, Dalton pleaded guilty to one count of first-degree murder in connection with Payton's death and was sentenced to 20 years of imprisonment. Government Exhibit 4 is a transcript of that proceeding.

8.  Johnson pleaded not guilty to the charges filed against him and proceeded to jury trial. On November 28, 2007, the state called Dalton as a witness in the trial. Government Exhibit 5 is a transcript of Dalton's testimony given during the trial.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/Richard N. Cox
Richard N. Cox, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I hand-delivered a copy of this document to John Taylor, attorney for the defendant.

s/Richard N. Cox
Richard N. Cox, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov