Your Honor,

My Name is Linda Dalton, I'm Shance Dalton Mother. I writing in regaurd to Shance Sentencing. I'm pleaing for his life. Please dont Take my son from me. He's all I have in life. I'm begging you to have mercy on my child. Please allow me a chance to see him turn his life around, before I leave this World. My son is capable of being at productive citizen. He has 2 sons who need him very much. Your Honor My Son's life is in your hand. Please dont take My son away from me forever.

In Jesus Name I pray That You Will have Mercy on My Son

Thank You
MS. Linda J Dalton

FILED
JUL 28 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS