## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois           Docket No.: 06-20019-01

Division: Urbana

**Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)**

UNITED STATES OF AMERICA           v.     SHANCE O. DALTON

---

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Richard Cox                              Name: John C. Taylor

Firm: U.S. Attorney's Office                   Firm: Federal Public Defender's Office

Address: 201 S. Vine Street                    Address: 300 W. Main Street

Urbana, IL 61802                               Urbana, IL 61801

Phone: (217) 373-5875                          Phone: (217) 373-0666

---

Judge: Michael P. McCuskey                     Nature of Suit Code: Criminal

Court Reporter: Lisa Cosimini                  Date Filed in District Court: 3/1/06

                                               Date of Judgment: 8/1/08

                                               Date of Notice of Appeal: 8/4/08

Counsel:   _X_ Appointed     ____ Retained     ___ Pro Se

Fee Status:   ___ Paid     ____ Due     ___ IFP     ___ IFP Pending     ___ U.S.     _X_ Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ____ Yes     _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___ granted; ___ denied; ___ pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _#14364-026_

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**