First Step Act of 2018 (Dec. 21, 2018), Application of Fair Sentencing Act

# UNITED STATES DISTRICT COURT
## for the
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

MAY 2 4 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 06-20019-001 |
| SHANCE O. DALTON ) | USM No. 14364-026 |
| 01/29/2010 | Peter W. Henderson |
| Date of Previous Judgment | Defendant's Attorney |

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  262 months  **is reduced to**  198 months.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**
Previous Sentence Imposed: 262 months      Amended Sentence: 198 months
Previous Supervised Release Term Imposed: 8 years    Amended Supervised Release Term: 6 years
Previous Underlying Sentence Imposed:         Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**II. ADDITIONAL COMMENTS:**
☐ Waiver of Appearance of Defendant for resentencing hearing (attached).

Except as provided above, all provisions of the amended judgment dated 01/29/2010 shall remain in effect.
The Court recommends to the Bureau of Prisons that Defendant be placed in an appropriate residential reentry center for the maximum time Defendant is eligible.

**IT IS SO ORDERED.**

Order Date:  May 24, 2019            s/ Sue E. Myerscough

                    _____
                    SUE E. MYERSCOUGH
                    UNITED STATES DISTRICT JUDGE