PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Shance O. Dalton

Case Number:  0753 2:06CR20019-001

Name of Sentencing Judicial Officer:  Honorable Michael P. McCuskey

Date of Original Sentence:  04/24/2007

Original Offense:
Distribution of Five or More Grams of Cocaine Base (Crack)

July 31, 2008: Mr. Dalton was re-sentenced to 441 months imprisonment.  Said term to run concurrent with his state conviction in Champaign County Case 07-CF-363. Followed by 8 years of supervised release.

January 29, 2010:  Pursuant to a USCA Mandate issued by the Seventh Circuit Court of Appeals, Mr. Dalton's Judgment entered on July 31, 2008, was vacated and the original judgment dated April 24, 2007, was reimposed.  Mr. Dalton was sentenced to 262 months imprisonment to run concurrent to the state conviction in Champaign County Case No. 07-CF-363 and eight years supervised release.

On May 22, 2019:  Pursuant to the First Step Act, Mr. Dalton's sentence was reduced from 262 months imprisonment to 198 months imprisonment and supervised release was reduced from eight years to six years.

On January 19, 2020: Case reassigned to Honorable Michael M. Mihm.

January 27, 2021:  Petition for warrant or summons for offender under supervision was filed alleging Mr. Dalton possessed and used cannabis , failure to follow the instructions of the probation officer, failure to refrain from use of alcohol, failure to participate in drug testing and failure to participate in drug treatment.

April 12, 2021:  Supervised release was revoked and Mr. Dalton was sentenced to 14 months imprisonment and 72 months of supervised release.

Original Sentence:  Prison 441M, TSR 96M

Type of Supervision:  TSR                                    Date Supervision Commenced:  02/08/2022

Assistant U.S. Attorney:  Eugene L. Miller

Defense Attorney:  Elisabeth R. Pollock

**PETITIONING THE COURT**

☒ To issue a warrant

PROB 12C
(12/04)

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | LAW VIOLATION: POSSESSION OF A CONTROLLED SUBSTANCE<br><br>MANDATORY CONDITION: You must not commit another federal, state or local crime. You must not unlawfully possess a controlled substance.<br><br>A. On March 14, 2022, Mr. Dalton possessed and used cocaine and marijuana as determined by Alere Toxicology Services, Gretna, Louisiana, after a urine sample provided by Mr. Dalton tested positive for cocaine and marijuana.<br><br>B. On April 13, 2022, Mr. Dalton possessed and used and marijuana as determined by Alere Toxicology Services, Gretna, Louisiana, after a urine sample provided by Mr. Dalton tested positive for marijuana. |
| 2. | FAILURE TO REPORT AS DIRECTED<br><br>CONDITION No. 2: You shall report to the probation office in the district to which you are released within 72 hours of release from custody. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>On April 29, 2022, Mr. Dalton failed to report to the U.S. Probation Office, Urbana, Illinois. Starting April 22, 2022, U.S. Probation Officer Michael Bice made several attempts to contact Mr. Dalton by telephone; however, Mr. Dalton did not answer and his voicemail was full.  Officer Bice left several messages for Mr. Dalton with family members directing him to contact the U.S. Probation Office.  Mr. Dalton failed to respond as directed. On April 28, 2022, Officer Bice conducted a home visit at Mr. Dalton's reported address and left appointment card with a family member directing Mr. Dalton to report to the U.S. Probation Office, Urbana, Illinois, on April 29, 2022.  Mr. Dalton failed to report as directed and has not contacted Officer Bice to reschedule the appointment. |
| 3. | FAILURE TO PARTICIPATE IN DRUG TESTING AND TREATMENT<br><br>CONDITION No. 12: You shall not purchase, possess, use, distribute, or administer any controlled substance or psychoactive substances that impair physical or mental functioning except as prescribed by a physician. You shall participate in a program for substance abuse treatment as approved by the U. S. Probation Office including not more than six tests per month to determine whether you have used controlled substances. You shall abide by the rules of the treatment provider. You shall pay the costs of the treatment to the extent you are financially able to pay. The U. S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.<br><br>On April 21, 2022, Mr. Dalton failed to report for his substance abuse assessment via telephone with Rosecrance, Danville, Illinois.  On March 28, 2022, Mr. Dalton was directed to obtain a substance abuse assessment at Rosecrance.  On March 18, 2022, Mr. Dalton was scheduled for an assessment on April 21, 2022.  On April 22, 2022, Ms. Liz Miner from Rosecrance advised Mr. Dalton failed to attend his substance abuse assessment as scheduled. |

PROB 12C
(12/04)

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
michael bice
Digitally signed by michael bice
Date: 2022.05.04 10:28:17 -05'00'

U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other

_____
Signature of Judicial Officer

5/9/2022
Date